**Dismissed and Memorandum Opinion filed March 5, 2013.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-12-00636-CV

---

## ALANDUS WEAVER AND JOYCE WEAVER, Appellants

## V.

## SIGNAD OUTDOOR AND SIGNAD LTD., Appellees

---

**On Appeal from the 334th District Court
Harris County, Texas
Trial Court Cause No. 2011-07334**

---

## M E M O R A N D U M     O P I N I O N

This is an appeal from a judgment signed April 10, 2012. The clerk's record was filed August 27, 2012. No reporter's record was filed. No brief was filed.

On January 8, 2013, this court issued an order stating that unless appellants submitted a brief, together with a motion reasonably explaining why the brief was late, on or before February 7, 2013, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellants filed no response.  Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Frost, Brown, and Busby.